1  ROBERT W. DICKERSON, (SBN 89367)
    *rdickerson@zuberlaw.com*
2  **ZUBER LAWLER & DEL DUCA LLP**
    350 S. Grand Avenue, 32nd Floor
3  Los Angeles, California 90071   USA
    Telephone: +1 (213) 596-5620
4  Facsimile: +1 (213) 596-5621

5  Attorneys for Plaintiff Emily Holton

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

11 | EMILY HOLTON, | Case No. 3:17-cv-06745-EDL |
|---|---|
| Plaintiff, | **STIPULATION TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| NETSUITE, INC., | [Filed Concurrently with [Proposed] Order] |
| Defendant. | Current Date:       February 22, 2018<br>Proposed New date:  April 19, 2018 |

19  Plaintiff Emily Holton and Defendant NetSuite, Inc., by and through their respective undersigned counsel, hereby submit this joint stipulation to reschedule the Initial Case Management Conference in this litigation from February 22, 2018 at 11am [ECF 8], to April 19, 2018 at 11am.

23  The basis for this stipulated extension is that Defendant requested an extension of time to respond to Plaintiff's Complaint, and Plaintiff granted that request such that Defendant's response to Plaintiff's Complaint is now due on or before February 22, 2018.  In addition, Counsel for the Defendant plans to be out of the country and unavailable March 29 through April 8, 2018.  For

27  ///

28  ///

1  these reasons, the Parties believe that postponement of the Initial Case Management Conference
2  pending such potential motion practice is desirable and will promote judicial economy.
3
4  Dated:  January 25, 2018                    **ZUBER LAWLER & DEL DUCA LLP**
                                                ROBERT W. DICKERSON
5
6                                          By:   /s/ Robert W. Dickerson
7                                               *Attorneys for Plaintiff Emily Holton*
8
9
10 Dated:  January 25, 2018                    **THE NORTON LAW FIRM**
11
12                                         By:   /s/ Fred Norton
                                                *Attorneys for Defendant Netsuite, Inc.*
13
14
15 Certification:  Fred Norton authorized me to file this document with his electronic signature
16 affixed.
17                                              /s/ Robert W. Dickerson
18
19
20
21
22
23
24
25
26
27
28