ROBERT W. DICKERSON, (SBN 89367)
*rdickerson@zuberlaw.com*
**ZUBER LAWLER & DEL DUCA LLP**
350 S. Grand Avenue, 32nd Floor
Los Angeles, California 90071   USA
Telephone: +1 (213) 596-5620
Facsimile: +1 (213) 596-5621

Attorneys for Plaintiff Emily Holton

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| EMILY HOLTON,<br><br>          Plaintiff,<br><br>     v.<br><br>NETSUITE, INC.,<br><br>          Defendant. | Case No. 3:17-cv-06745-EDL<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Emily Holton hereby dismisses this action in its entirety, without prejudice.

Dated:  February 12, 2018          **ZUBER LAWLER & DEL DUCA LLP**
                                    ROBERT W. DICKERSON


                              By:    */s/ Robert W. Dickerson*
                                    Attorneys for Plaintiff Emily Holton